ARTHUR L. VAN ETTEN and MEDERIC TRUDEAU, Respondents, v. SPHINX HOLDING CORPORATION, Appellant, Impleaded with WALTER C. LAIDLAW and ROBERT A. LAIDLAW, Copartners, Doing Business under the Firm Name of SPENCER LUMBER COMPANY, and Others, Respondents. CHARLES M. HIRSCHFELDER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Stephens, J., delivered at Special Term. [Reported in 114 Misc. Rep. 436.] All concur.

## THIRD DEPARTMENT, MAY, 1921.*

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY B. WEATHERWAX, Respondent, v. JAMES R. WATT, as Mayor of the City of Albany, Appellant.

*Mandamus — when writ will issue to require enforcement of Transportation Corporations Law, § 26.†*

Appeal from an order of the Supreme Court, entered in the Albany county clerk's office April 16, 1921, granting an application for a peremptory writ of mandamus.

PER CURIAM: The court is clearly of the opinion that the persons operating the vehicles in question are guilty of a crime. It is equally clear that it is the duty of the mayor to take care that the law against the commission of such crimes is executed and enforced, which up to the present time he has refused to do. The able and comprehensive opinion of Mr. Justice Hinman at Special Term renders further discussion unnecessary. [Reported in 115 Misc. Rep. 120.] Order unanimously affirmed, with costs.